1  STEVEN G. KALAR
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant TYREE
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,        )     No. CR 96 - 299 WHA
12                                   )
                Plaintiff,           )     **RELEASE ORDER**
13                                   )
   v.                                )
14                                   )
   WILFRED TYREE,                    )
15                                   )
                Defendant.           )
16 _____ )

17

18         Upon stipulation of the parties, the defendant Wilfred Tyree is ordered released from the

19  Marshal's custody to reside at Geocare until further order of the Court.  Mr. Tyree is instructed to

20  report immediately upon his release from custody to Geocare in San Francisco.

21         Mr. Tyree shall follow all terms of his supervised release previously set by this Court,

22  with the additional condition that he shall not threaten, molest, or have written, telephonic,

23  personal, or third party contact with Katrina James, and shall not come within 100 yards of

24  Katrina James, unless approved in advance by the Probation Officer.

25  / / /

26  / / /

27  / / /

28
    STIPULATED RELEASE ORDER
    CR 96-299 WHA

1 | This matter is set for further proceedings on January 8, 2013 at 2:00 p.m.

It is so stipulated.

Date:   12/12/12

_____/s/_____
GEOFFREY A. HANSEN
Assistant Federal Public Defender

Date: 12/12/12

_____/s/_____
HARTLEY M. K. WEST
Assistant United States Attorney

It is so ordered.

Date:   12/13/12

_____
HON.  WILLIAM H. ALSUP
United States District Court Judge

STIPULATED RELEASE ORDER
CR 96-299 WHA                                    2